IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>AQUAWOOD, LLC and BRIAN DUBINSKY,<br><br>Defendants. | Case No. 0:24-cv-03769-JRT-DTS<br><br>**LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Brandon Underwood, certify that the Insureds' Objections to Magistrate Judge Schultz's Order Denying Motion to Stay Proceedings Pending Appellate Decision complies with Local Rule 7.1(f).

I further certify that, in preparation of the memorandum, Microsoft Word for Office 365 was used and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the following word count other than the caption and the signature block pursuant to Local Rule 7.1(f)(1)(C).

I further certify that the filed brief contains 3,492 words.

Dated May 14, 2025.

FREDRIKSON & BYRON, P.A.

*/s/ Brandon R. Underwood*
Brandon R. Underwood, #0402323
Sarah B. Golwitzer (*pro hac vice*)
111 East Grand Avenue, Suite 301
Des Moines, IA 50309
Telephone: (515) 242-8900
bunderwood@fredlaw.com
sgolwitzer@fredlaw.com

***Attorneys for the Insureds***

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 14, 2025, the foregoing document was served upon counsel through the Court's CM/ECF electronic filing system.

*/s/ Christina Laage*